STATE v. WILSON

No. 143P96

Case below: 121 N.C.App. 218

Notice of appeal by Wilson (Pro Se) (substantial constitutional question) dismissed by the Court ex mero motu 9 May 1996. Petition by Wilson (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

STATE EX REL. HOWES v. GASKILL

No. 106P96

Case below: 121 N.C.App. 625

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

TARLTON v. STIDHAM

No. 142P96

Case below: 122 N.C.App. 77

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

TODD v. DUKE UNIVERSITY

No. 157P96

Case below: 121 N.C.App. 789

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

TRANTHAM v. ESTATE OF SORRELLS

No. 127P96

Case below: 121 N.C.App. 611

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.